MARGARET SEES v. CHARLES K. BABER.

March 1, 1977. Petition for certification granted.

STATE OF NEW JERSEY v. NAZZERNO T. CAPRIOTTI.

March 15, 1977. Petition for certification denied.

JOHN GISH v. THE BOARD OF EDUCATION OF THE BOROUGH OF PARAMUS.

March 15, 1977. Petition for certification denied. (See 145 *N. J. Super.* 96)

AMBASSADOR INSURANCE COMPANY v. ALEXANDER-REYNOLDS CORP.

March 15, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES HICKS.

March 15, 1977. Petition for certification denied.

JOYCE NORKETT v. BOARD OF REVIEW.

March 2, 1977. Petition for certification granted.